# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00110-CV

**In re Sanadco Inc.; Mahmoud A. Isba; Walid Abderrahman; Majic Investments Inc.; Faisal Khan; ISRA Enterprises, Inc.; Hattab Al-Shudifat; et al.**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed a motion for emergency relief and petition for writ of injunction. *See* Tex. R. App. P. 52.8, 52.10. We deny the motion and the petition for writ of injunction.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Goodwin

Filed: February 24, 2012